IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-30085-02-DRH |
| | ) | |
| COURTNEY WOMACK, | ) | |
| | ) | |
|     Defendant. | ) | |

## STIPULATION OF FACTS

Plaintiff and Defendant hereby agree and stipulate as follows:

1. On or about March 27, 2017, the individual identified in the Indictment as DT responded via text message to an advertisement that Womack had placed on www.backpage.com. DT corresponded with Defendant Courtney Womack via text messages and arranged to meet Womack in Wood River, Illinois, to engage in sexual intercourse in return for payment of $100 by DT to Womack.

2. On March 27, 2017, DT traveled from Missouri to Illinois to meet Womack. DT and Womack met at Womack's house in Wood River, which is in the Southern District of Illinois. DT gave Womack $100 in cash for the purpose of having sexual intercourse with Womack.

3. On March 27, 2017, Womack knowingly and intentionally engaged in sexual intercourse with DT in return for the $100 in cash that DT paid to Womack.

1

4. Womack's engaging in sexual intercourse with DT in return for money constitutes sexual activity for which Courtney Womack can be charged with a criminal offense – namely, Prostitution, in violation of Illinois Compiled Statutes, Chapter 5, Section 11-14. Thus, Womack knowingly induced and enticed an individual, D.T., to travel in interstate commerce – from Missouri to Illinois – to engage in sexual activity for which Courtney Womack can be charged with a criminal offense.

DONALD G. BOYCE
United States Attorney

_____
COURTNEY WOMACK
Defendant

_____
Noman R. Smith for
STEPHEN B. CLARK
Assistant United States Attorney

_____
DAVID BRENGLE
Attorney for Defendant

Date: 7/21/2017

Date: 7/21/2017

2