IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 17-CR-30085-DRH-2 |
| | ) |
| COURTNEY WOMACK, | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

## UNITED STATES OF AMERICA'S
## *EX PARTE* MOTION TO REVOKE BOND

The United States of America, by Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney, and move for an order revoking Defendant's bond and remanding her to the custody of the United States Marshal pending a detention hearing in this case, and in support thereof states as follows:

1. On Friday, July 21, 2017, the defendant Courtney Womack entered a plea of guilty to Count 2 of the Indictment. On that date she was taken into custody for her own safekeeping because of a recent history of drug abuse with the understanding that she would be transported to in-patient treatment as directed by the U.S. Probation Office to commence on Monday, July 24, 2017.

2. On Monday morning the U.S. Marshal Service transported the defendant to the U.S. Courthouse to meet with U.S. Probation for transportation to the in-patient treatment facility. U.S. Probation Officer Sara Hoover advised that Courtney Womack left the courthouse without notifying U.S. Probation and left personal belongings in the courthouse. Efforts by U.S. Probation to find Courtney Womack and contact her have been unsuccessful.

       3.      Defendant has violated the terms and conditions of her release in that she has not participated in the in-patient treatment that had been arranged by U.S. Probation as ordered by the Court. [Doc. 48]

      WHEREFORE, based on the above, the United States of America moves for the issuance of an arrest warrant and for the temporary detention of the Defendant to permit revocation of the Defendant's conditional release, pursuant to Title 18, United States Code, Section 3148(b).

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

*s/ Norman R. Smith*
Norman R. Smith
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3720
E-mail:  Norman.Smith@usdoj.gov