### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   17-cr-30085-DRH-2 |
| | ) |
| COURTNEY WOMACK, | ) |
| | ) |
| Defendant. | ) |

### ORDER FOR DETENTION

**WILLIAMS, Magistrate Judge:**

On August 7, 2017, Defendant Courtney Womack appeared with counsel for a hearing on the Government's Motion to Revoke Bond pursuant to **18 U.S.C. § 3148(b).**  The government alleged that Defendant violated several conditions of her bond, and the Defendant admitted the government could prove the violations.   Defendant, however, contested the Government's Motion to Revoke. The Court finds that Defendant violated the conditions of her bond, and that Defendant is unlikely to abide by any condition or combination of conditions of release. **§ 3148(b)(2)(B).**   Defendant's bond is therefore revoked and Defendant is ordered **DETAINED** pending her sentencing.

Pursuant to **18 U.S.C. § 3142(i)(2)-(4),** the Court directs that:

1. The Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

2. The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

DATED: August 7, 2017

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge